UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.

                         Plaintiff,

-v-

CITY GROUP OF INDUSTRIES, SHAMPA OIL
MILLS LTD., CITY OIL MILLS, CITY VEGETABLE
OIL MILLS LTD., HASAN VEGETABLE OIL MILLS
LTD., CITY FIBERS LTD., HASAN PLASTIC
INDUSTRIES LTD., RAHMAN COCONUT OIL MILLS
LTD., HASAN FLOUR MILLS LTD., ASGAR OIL
MILLS LTD., KONAPARA OIL MILLS LTD., HASAN
PET INDUSTRIES, HASAN PRINTING & PACKAGING
INDUSTRIES LTD., HASAN CONTAINERS LTD.,
THE ASIA PACIFIC REFINIRIES LTD., CITY PET
INDUSTRIES LTD., FARZANA OIL MILLS LTD.,
CITY DAL MILLS LTD., and GRAINMARK,

                        Defendants.
------------------------------------------------------------x



07 CV 5615

07 CV

**STATEMENT PURSUANT**
**TO F.R.C.P 7.1**



RECEIVED JUN 13 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, GETEX INVEST TRADING G.M.B.H., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       June 12, 2007

                                        CHALOS, O'CONNOR & DUFFY, L.L.P.
                                        Attorneys for Plaintiff
                                        GETEX INVEST TRADING G.M.B.H.

                     By: _____
                                        George M. Chalos (GC-8693)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel: (516) 767-3600
                                        Fax: (516) 767-3605
                                        Email: gmc@codus-law.com