UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.
                                Plaintiff,

-v-

CITY GROUP OF INDUSTRIES, SHAMPA OIL
MILLS LTD., CITY OIL MILLS, CITY VEGETABLE
OIL MILLS LTD., HASAN VEGETABLE OIL MILLS
LTD., CITY FIBERS LTD., HASAN PLASTIC
INDUSTRIES LTD., RAHMAN COCONUT OIL MILLS
LTD., HASAN FLOUR MILLS LTD., ASGAR OIL
MILLS LTD., KONAPARA OIL MILLS LTD., HASAN
PET INDUSTRIES, HASAN PRINTING & PACKAGING
INDUSTRIES LTD., HASAN CONTAINERS LTD.,
THE ASIA PACIFIC REFINIRIES LTD., CITY PET
INDUSTRIES LTD., FARZANA OIL MILLS LTD.,
CITY DAL MILLS LTD., and GRAINMARK,
                                Defendants.
------------------------------------------------------------------x

**JUDGE LEISURE**

**07 CIV 5615**

**ORDER APPOINTING A
SPECIAL PROCESS SERVER**

    An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the declaration of George M. Chalos, Esq., sworn to the 12th day of June, 2007, and good cause having been shown, it is hereby

    **ORDERED**, that any associate, agent or paralegal of CHALOS, O'CONNOR & DUFFY, L.L.P., who is over the age of 18 and is not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendants; and,

    **IT IS FURTHER ORDERED**, that in order to avoid the need to repetitively serve the garnishee(s)/banking institutions continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: New York, New York
        June 13, 2007                                    SO ORDERED:

                                                                   U.S.D.J.

Returned to chambers for scanning on 6/26/07
Scanned by chambers on 6/27/07.