CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.,                :
                                              :
                Plaintiff,          :        **07-CV-5615**
                                              :
      v.                              :        **NOTICE OF**
                                              :        **APPEARANCE**
CITY GROUP OF INDUSTRIES, *et al.*,           :
                                              :
                Defendants.         :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
           July 5, 2007

                                       CLARK, ATCHESON & REISERT
                                       Attorneys for Garnishee
                                       Societe Generale New York Branch

            By:    _____
                      Richard J. Reisert (RR-7118)
                      7800 River Road
                      North Bergen, NJ  07047
                      Tel: (201) 537-1200
                      Fax: (201) 537-1201
                      Email:  reisert@navlaw.com