CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.,          :
                                         :
                    Plaintiff,           :           07-CV-5615
                                         :
         v.                              :
                                         :
CITY GROUP OF INDUSTRIES, *et al.*,      :
                                         :
                    Defendants.          :
------------------------------------------------------------x

**REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH
TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT**

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated June 13, 2007, and served upon Garnishee Société Générale New York Branch on June 14, 2007, and on a continuous daily basis from that date until July 1, 2007 and from July 3, 2007 until the date of this report, Garnishee Société Générale New York Branch hereby states that on such dates of service, it was not indebted to the defendants and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash,

goods, chattels, credits, effects, debts owed by or owed to the defendants or monies to be paid to discharge a debt owed to the defendants, including monies being electronically transferred by, to or for the benefit of the defendants.

Dated: North Bergen, New Jersey
July 5, 2007

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Société Générale New York Branch

By:     /s/ Richard J. Reisert
                                        Richard J. Reisert (RR-7118)
                                        7800 River Road
                                        North Bergen, NJ 07047
                                        Tel: (201) 537-1200
                                        Fax: (201) 537-1201
                                        Email: reisert@navlaw.com

TO:    CLERK OF THE COURT

        CHALOS, O'CONNOR & DUFFY
        Attorneys for Plaintiff
        Attn:   George M. Chalos, Esq. (Via email)

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

John M. Driscoll, being duly sworn, deposes and says as follows:

I am the Director of Litigation and Regulatory Affairs for Société Générale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Société Générale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-5615, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Société Générale New York Branch's files, and communications with relevant employees of the Bank.

_____
John M. Driscoll

Sworn to before me this
5th day of July 2007.

_____
Notary Public

DANIEL K. ROBB, NOTARY PUBLIC
State of New York, No. 01RO6136608
Qualified in New York County
Commission Expires December 27, 2009