```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GETEX INVEST TRADING G.M.B.H.

                            Plaintiff,       07 CV 5615 (PKL)

-v-

                                            **NOTICE OF VOLUNTARY**
                                            **DISMISSAL AND ORDER**

CITY GROUP OF INDUSTRIES, SHAMPA OIL
MILLS LTD., CITY OIL MILLS, CITY VEGETABLE
OIL MILLS LTD., HASAN VEGETABLE OIL MILLS
LTD., CITY FIBERS LTD., HASAN PLASTIC
INDUSTRIES LTD., RAHMAN COCONUT OIL MILLS
LTD., HASAN FLOUR MILLS LTD., ASGAR OIL
MILLS LTD., KONAPARA OIL MILLS LTD., HASAN
PET INDUSTRIES, HASAN PRINTING & PACKAGING
INDUSTRIES LTD., HASAN CONTAINERS LTD.,
THE ASIA PACIFIC REFINIRIES LTD., CITY PET
INDUSTRIES LTD., FARZANA OIL MILLS LTD.,
CITY DAL MILLS LTD., and GRAINMARK,

                          Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, GETEX INVEST TRADING G.M.B.H., as to defendants, CITY GROUP OF INDUSTRIES, SHAMPA OIL MILLS LTD., CITY OIL MILLS, CITY VEGETABLE OIL MILLS LTD., HASAN VEGETABLE OIL MILLS LTD., CITY FIBERS LTD., HASAN PLASTIC INDUSTRIES LTD., RAHMAN COCONUT OIL MILLS LTD., HASAN FLOUR MILLS LTD., ASGAR OIL MILLS LTD., KONAPARA OIL MILLS LTD., HASAN PET INDUSTRIES, HASAN PRINTING & PACKAGING INDUSTRIES LTD., HASAN CONTAINERS LTD., THE ASIA PACIFIC REFINIRIES LTD., CITY PET INDUSTRIES LTD., FARZANA OIL MILLS LTD., CITY DAL MILLS LTD., and GRAINMARK, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States

District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
January 3, 2008

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
GETEX INVEST TRADING G.M.B.H.

By: _____

George M. Chalos (GC-8693)
366 Main Street
Port Washington, New York 11050
Tel:   (516) 767-3600
Fax:   (516) 767-3605
Email: gmc@codus-law.com

SO ORDERED: 1/07/08

_____
Hon. Peter K. Leisure, U.S.D.J.